1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MIGUEL HERNANDEZ-TINOCO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR.S-11-351-GEB
                                    )
12              Plaintiff,          )
                                    )  **STIPULATION AND [PROPOSED] ORDER;**
13        v.                        )     **CONTINUING STATUS CONFERENCE**
                                    )        **AND EXCLUDING TIME**
14 MIGUEL HERNANDEZ-TINOCO,         )
                                    )  Date:  December 2, 2011
15              Defendant.          )  Time:  9:00 a.m.
   _____ )  Judge: Hon. Garland E. Burrell, Jr.

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHELE BECKWITH, Assistant United States

19 Attorney, and CARO MARKS, attorney for MIGUEL HERNANDEZ-TINOCO, that

20 the status conference hearing date of November 18, 2011 be vacated, and

21 the matter be set for status conference on December 2, 2011 at 9:00

22 a.m.

23        The reason for this continuance is to allow counsel time to

24 research one particular conviction of the defendant's, to understand

25 how it might be affected by the November, 2011, guidelines amendments.

26 Counsel must order certain records to achieve this task.

27        Based upon the foregoing, the parties agree that the time under

28 the Speedy Trial Act should be excluded from the date of signing of

1   this order through and including December 2, 2011 pursuant to 18 U.S.C.

2   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

3   T4 based upon continuity of counsel and defense preparation.

4
    DATED:   November 17, 2011.                    Respectfully submitted,

5
                                                   DANIEL J. BRODERICK
6                                                  Federal Public Defender

7

8                                                  /s/ Caro Marks
                                                   CARO MARKS
9                                                  Designated Counsel for Service
                                                   Attorney for Miguel Hernandez-Tinoco
10

11  DATED:   November 17, 2011.                    BENJAMIN WAGNER
                                                   United States Attorney
12

13
                                                   /s/ Caro Marks for
14                                                 MICHELE BECKWITH
                                                   Assistant U.S. Attorney
15                                                 Attorney for Plaintiff

16

17

18                                   ORDER

19      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

20  ordered that the November 18, 2011,  status conference hearing be

21  continued to December 2, 2011, at 9:00 a.m.  Based on the

22  representation of defense counsel and good cause appearing there from,

23  the Court hereby finds that the failure to grant a continuance in this

24  case would deny defense counsel reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.  The

26  Court finds that the ends of justice to be served by granting a

27  continuance outweigh the best interests of the public and the defendant

28  in a speedy trial.  It is ordered that time up to and including the

                                     2

1  December 2, 2011 status conference shall be excluded from computation

2  of time within which the trial of this matter must be commenced under

3  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

4  and Local Code T-4, to allow defense counsel reasonable time to

5  prepare.

6  Dated:  November 17, 2011

7

8  _____
   GARLAND E. BURRELL, JR.

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28